IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



MAY 17 2011

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

IN RE: )
SCHEDULE OF TRANSCRIPT FEES ) GO-11-03
)

## GENERAL ORDER

The United States District Court for the Eastern District of Oklahoma adopts the attached schedule of transcript fees established by the Judicial Conference.

IT IS SO ORDERED this __17th__ day of May, 2011.

_____
JAMES H. PAYNE, Chief Judge
United States District Court

## Maximum Transcript Rates - All Parties Per Page

### All Parties Per Page

| | Original | First Copy to Each Party | Each Add'l Copy to the Same Party |
|---|---|---|---|
| **Ordinary Transcript** (30 day) A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $.90 | $.60 |
| **14-Day Transcript** A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $.90 | $.60 |
| **Expedited Transcript** (7 day) A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $.90 | $.60 |
| **Daily Transcript** A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | $1.20 | $.90 |
| **Hourly Transcript** A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | $1.20 | $.90 |
| **Realtime Transcript** A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | One feed,[1] $3.05 per page; two-to-four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

[1] A realtime "feed" is the electronic data flow from the court reporter to the computer of each person or party ordering and receiving the realtime transcription in the courtroom.