UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | G.O. 11-05 |
| CLOSING OF COURT | ) | |

## GENERAL ORDER

IT IS HEREBY ORDERED that the United States District Court for the Eastern District of Oklahoma shall be closed for business on the following date:

Friday, November 25, 2011

IT IS SO ORDERED this 10th day of November 2011.

_____
James H. Payne, Chief Judge